THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

vs.                                                                 CR. NO. 97-0008-005 (SEC-PG)

**CARMELO LORENZO-RAMIREZ,**

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION REQUESTING MODIFICATION OF SUPERVISED RELEASE CONDITIONS

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW**, Victor M. Canino, U.S. Probation Officer of this Honorable Court, requesting a modification of the conditions of Mr. Carmelo Lorenzo-Ramirez.

On April 30, 1997, Mr. Carmelo Lorenzo-Ramirez was named in a two count superseding indictment, in criminal case 97 CR 0008-05(SEC-PG), charging violations of 18 U.S.C. § 1951, Conspiracy to Interfere with Interstate Commerce by Threats and Violence.

On February 2, 1999, Mr. Carmelo Lorenzo-Ramirez pled guilty to count one of the previously mentioned superseding indictment and sentencing.  On September 17, 1999, Mr. Carmelo Lorenzo-Ramirez was sentenced to the custody of the Bureau of Prison for seventy-two (72) months to be followed by a three (3) year term of supervised release with the following special conditions:

Mr. Lorenzo-Ramirez was ordered to pay a special monetary assessment in the amount of $100.00, submit to drug testing and participate in a drug or alcohol abuse treatment program if any drug use was detected, engage in mental health treatment, provide the U.S. Probation Officer access to financial information, and produce evidence that income tax returns have been filed with the Commonwealth of Puerto Rico Department of Treasury as required by law.

On August 2, 2002, Mr. Lorenzo-Ramirez was released from the custody of the Bureau of Prison's.  During the term of supervised release, it was discovered that the defendant was proficient in the modification of firearms.

On February 24, 2004, United States Probation Officer Damarys Tellado filed a motion for an arrest warrant and subsequent revocation of supervised release. Said request was based on Mr. Lorenzo-Ramirez providing positive urinalysis on June 11, 2003, December 4, 2003, as well as violating other technical violations.

On February 27, 2004, the Court ordered an arrest warrant for Mr. Lorenzo-Ramirez and scheduled a show cause hearing for March 19, 2004. Ultimately, Mr. Lorenzo-Ramirez was arrested on March 19, 2004, and the show cause hearing was held April 2, 2004, where Mr. Lorenzo-Ramirez admitted to using illegal substances. As a result, Mr. Lorenzo-Ramirez' term of supervised release was revoked and he was sentenced to nine (9) months incarceration to be followed by two years of supervised release with the added special condition of search and seizure. While serving his term of imprisonment after revocation, the defendant indicated that he did not want a placement at the Community Corrections Center.

On August 2, 2004, the United States Probation Office received release documents from the Bureau of Prison indicating that the defendant was homeless. On November 24, 2004, this writer met with Mr. Lorenzo-Ramirez at the Metropolitan Detention Center. He indicated that he would be residing with Miguel Moya, a former employer, at 184 Concordia Street in Mayaguez. On November 29, 2004, a home inspection was conducted and it was determined that proposed rlease residence is not appropriate for the Mr. Lorenzo-Ramirez to reside.

On December 14, 2004, Mr. Lorenzo-Ramirez was informed that the residence would not be approved. Subsequent to our discussions, the defendant has agreed to reside at the Community Corrections Program in Trujillo Alto, Puerto Rico.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In light of the fact that Mr. Lorenzo-Ramirez is homeless and has no place to live at this time, he has voluntarily signed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release. See attached.

**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct and respectfully request that the Court modify Mr. Lorenzo Ramirez' conditions of release to include placement at the Community Corrections Program as indicated on attached Probation 49 form.

In San Juan, Puerto Rico, this 15th day of December 2004.

Respectfully submitted,

S/ Victor M. Canino
Victor M. Canino
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 771-3629
(787) 766-5945
victor_canino@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I mailed a copy of the foregoing motion to the Assistant U.S. Attorney, Antonio R. Bazán, U.S. Attorney's Office, Chardón Tower Suite 1201, 350 Chardón Ave., San Juan, P.R. 00918-2481 and to defense counsel, Lydia Lizarríbar, at 14 O'Neill Street, Suite A Hato Rey, Puerto Rico 00918.

S/Victor M. Canino
U.S. Probation Officer

VMC/

Case 3:97-cr-00008-PG   Document 217   Filed 12/15/2004   Page 4 of 4