PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**It is a special condition of the imposed supervised release term that the offender shall reside at a Community Corrections Program for a period of 120 days located in Trujillo Alto, Puerto Rico. While at the program, the offender shall abide by all the policy and procedures of the program. Should the offender find suitable housing, to be determined by the United States Probation Office, he may be discharged prior to the 120 days.**

Witness: **S/ Victor M. Canino**            **S/ Carmelo Lorenzo Ramirez**
U.S. Probation Officer                         Supervised Releasee

12-15-04
Date