**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

    vs.                        Criminal No. 97-0008-005(PG)

CARMELO LORENZO-RAMIREZ
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #217** - Motion Requesting Modification of Supervised Release Conditions. | **GRANTED.** |

Date: December 15, 2004.

                                          S/JUAN M. PÉREZ-GIMÉNEZ
                                          U.S. District Judge