```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

**THE UNITED STATES OF AMERICA**

    vs.                                                          CR. NO. 97-008-05 (PG)

**CARMELO LORENZO RAMIREZ**

\* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION**

**TO THE HONORABLE JUAN PEREZ GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO:**

    **COMES NOW**, Victor M. Canino, U.S. Probation Officer of this Honorable Court, and respectfully informing that on January 17, 2005, Mr. Lorenzo Ramirez died in Mayaguez, Puerto Rico. The official death certificate does not indicate the cause of death. Nonetheless, after interviewing a close family friend, it seems that Mr. Lorenzo perished as a result of a heart attack.

    **WHEREFORE**, the undersigned respectfully is notifying that this case is being closed.

        In San Juan, Puerto Rico, this 22nd day of June 2005

                                  Respectfully submitted,

                                  EUSTAQUIO BABILONIA, CHIEF
                                  U.S. PROBATION OFFICER

                                  S/ Victor M. Canino
                                  Victor M. Canino
                                  U.S. Probation Officer
                                  150 Carlos Chardón Avenue
                                  Federal Office Building, Room G-50
                                  San Juan, PR 00918
                                  (787) 771-3629
                                  (787) 771-4063
                                  victor_canino@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Antonio R. Bazan-Gonzalez, Assistant U.S. Attorney, and Lydia Lizarribar-Buxo.

At San Juan, Puerto Rico this 22nd day of June 2005

S/ Víctor M Canino
Victor M. Canino
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 771-3629
(787) 771-4063
victor_canino@prp.uscourts.gov